STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Mary Louise Seeley Jenkins
In Proper Person
11285 Hwy 26
Jennings LA 70546

**REHEARING ACTION: February 9, 2011**

**Docket Number: 10   00586-CA**

**MARY LOUISE SEELY JENKINS**
**VERSUS**
**JOHNNIE MAE COOPER SEELY**

**Appealed from Jefferson Davis Parish Case No. C-609-09**

<u>**BEFORE JUDGES**</u>:

**Hon. John D. Saunders**
**Hon. J. David Painter**
**Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Mary Louise Seeley Jenkins** has this day been

**DENIED.**

cc: Carey Elizabeth Messina, Counsel for the Appellee